UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CONRAD GULBRONSON,<br><br>Plaintiff,<br><br>v.<br><br>GENA JONES, et al.,<br><br>Defendants. | No. 2:21-cv-01296-CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 18, 2022, defendants filed a motion to opt-out of the Post-Screening ADR Pilot Project. ECF No. 28. Upon review of the motion, the court finds good cause to grant defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 28) is granted.

2. The stay of this action is lifted.

/////

/////

/////

/////

1

3. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: November 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gulb1296.optout.docx