UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CONRAD GULBRONSON,

      Plaintiff,

  v.

GENA JONES, et al.,

      Defendants.

No.  2:21-cv-01296-CKD P

ORDER

On December 14, 2022, defendants filed a motion to dismiss.  ECF No. 31.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  January 26, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gulb1296.46osc